

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 17, 2021

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted.

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.

9/17/21

  Re: *United States v. Gene Brooks*, 15 Cr. 746 (CS)

Dear Judge Seibel:

  The Government respectfully moves, with the consent of the United States Probation Office ("Probation"), to request that internal chronologies maintained by Probation regarding supervisee Gene Brooks's supervision. On September 17, 2021, Mr. Brooks was arraigned on a Violation of Supervised Release Petition. Probation has indicated that they may have information within their chronologies that is potentially relevant to the alleged violations. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal those chronologies.

              Respectfully submitted,

              AUDREY STRAUSS
              United States Attorney

      By: *[signature]*
              Qais Ghafary
              Assistant United States Attorney
              Tel: (914) 993-1930

cc: Michael K. Burke, Esq. (by Email)
   Bill Pompei, U.S. Probation Officer (by Email)